IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRANICE THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>ALL CARE HOME HEALTH, LLC,<br><br>    Defendant. | Civil Action No.:<br><br>5:20-cv-00455-MTT |

## VOLUNTARY DISMISSAL

COMES NOW, Plaintiff Tranice Thomas, by and through the undersigned counsel, and hereby files this Voluntary Dismissal. With Prejudice.  This Dismissal is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as Defendant has not filed an answer or motion for summary judgment. Accordingly, Plaintiff voluntarily DISMISSES this action WITH PREJUDICE, with each party bearing its own costs, and respectfully requests that this matter be marked CLOSED.

Respectfully submitted, this 11th day of February, 2021.

/s/ Kenneth E. Barton III
KENNETH E. BARTON III
Georgia Bar No. 301171
*Attorney for Plaintiff*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
(478) 841-9007 telephone
(478) 841-9002 facsimile
keb@cooperbarton.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing VOLUNTARY DISMISSAL to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record, who are CM/ECF participants:

Alyssa K. Peters, Esq.
Patricia-Anne Brownback, Esq.
Constangy, Brooks, Smith & Prophete, LLP
577 Mulberry Street, Suite 710
Macon, Georgia 31201
apeters@constangy.com
pbrownback@constangy.com
*Attorneys for Defendant*

This 11th day of February, 2021.

KENNETH E. BARTON III
Georgia Bar No. 301171
*Attorney for Plaintiff*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
(478) 841-9007 telephone
(478) 841-9002 facsimile
keb@cooperbarton.com